No. 57944.—Trans World Shipping Corp. v. United States, protest 219250–K (New York).

Opinion by OLIVER, C. J.   An examination of the official papers failing to disclose any reason for disturbing the action of the collector, which was presumptively correct, the protest was overruled.

BEFORE THE SECOND DIVISION, MARCH 25, 1954

No. 57945.—John W. Carlson v. United States, protest 213649–K (New York).

Opinion by LAWRENCE, J.   From an examination of the papers in this case, the court was unable to find anything to overcome the presumption of correctness attaching to the collector's classification.   The protest was therefore overruled.

BEFORE THE THIRD DIVISION, MARCH 25, 1954

No. 57946.—Thomas Pipitone v. United States, protests 169804–K and 169805–K (New York).

Opinion by EKWALL, J.   In accordance with stipulation of counsel that the merchandise consists of artichokes in olive oil and peppers in vinegar similar in all material respects to the merchandise the subject of E. J. Petrosemolo Co., Inc. and Barian Shipping Co., Inc. v. United States (29 Cust. Ct. 159, C. D. 1461), the claim of the plaintiff was sustained.

No. 57947.—Park Lane Liquors, Inc. v. United States, protest 208625–K (New York).

Opinion by EKWALL, J.   In accordance with stipulation of counsel that the merchandise consists of Lancers Rose Wine in bottles or jugs similar in all material respects to that the subject of Abstract 53224, the claim of the plaintiff was sustained.